NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MICHAEL E. GATES, City Attorney (SBN 258446)
RYAN E. LUMM, Sr. Deputy City Attorney (SBN 286564)
CHARLES CONNOR HYLAND, Sr. Deputy City Attorney
(SBN 329840)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590

ATTORNEY(S) FOR: City of Huntington Beach

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a <br><br> Plaintiff(s), | CASE NUMBER: <br><br> 8:23-cv-01972-FWS (JDEx) |
| v. <br> CITY OF HUNTINGTON BEACH, CALIFORNIA <br><br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for            City of Huntington Beach
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| New Cingular Wireless, PCS, LLC d/b/a AT& T Mobility | Plaintiff |
| City of Huntington Beach | Defendant |

December 4, 2023                          /s/ Ryan E. Lumm
Date                                     Signature

Attorney of record for (or name of party appearing in pro per):

City of Huntington Beach