RAYMOND P. BOLAÑOS (SBN 142069)
AT&T SERVICES, INC., LEGAL DEP'T
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone:  415.268.9491
Facsimile:  415.543.0418
*raymond.bolanos@att.com*

AARON M. SHANK (*Pro Hac Vice*)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800 – 3200
Columbus, Oh 43215
Telephone: 614.227.2110
Facsimile:  614.227.2100
*ashank@porterwright.com*

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, CALIFORNIA,<br><br>Defendant. | Case No. 8:23-cv-01972-JWS-JDE<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br><br>Judge: Hon. Fred W. Slaughter |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff New Cingular Wireless PCS, LLC, and Defendant City of Huntington Beach, by and through their attorneys, respectfully submit this Stipulation of Dismissal of the entire action with prejudice, each party to bear its own costs. The parties request that the Clerk of Court now close this case.

Dated:  January 17, 2024          AT&T SERVICES, INC. LEGAL DEPT.

                                                 /s/Raymond P. Bolaños

                                  By:    _____
                                         Raymond P. Bolaños
                                         Attorneys for Plaintiff
                                         New Cingular Wireless PCS, LLC

                                         PORTER, WRIGHT, MORRIS & ARTHUR LLP

                                                 /s/Aaron M. Shank

                                  By:    _____
                                         Aaron M. Shank *(Pro Hac Vice)*
                                         Attorneys for Plaintiff
                                         New Cingular Wireless PCS, LLC

Dated:  January 17, 2024          MICHAEL E. GATES, City Attorney

                                                 /s/ Ryan Lumm

                                  By:    _____
                                         RYAN LUMM, Sr. Deputy City Attorney
                                         Attorneys for Defendant
                                         City of Huntington Beach

**[PROPOSED] ORDER**

Based on the parties' Stipulation, the Clerk of the Court is directed to dismiss this entire matter with prejudice. All other dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.


Dated: _____, 2024                    _____

                                                    FRED W. SLAUGHTER

                                                    United States District Judge

1

## **PROOF OF SERVICE**

The undersigned hereby certifies that, on this 17th day of January 2024, the foregoing Joint Stipulation of Dismissal was served by filing this document with the Central District of California's CM/ECF system, which provided a notice of electronic filing to all counsel of record.

By: */s/Aaron M. Shank*
_____
Aaron M. Shank *(Pro Hac Vice)*
Attorneys for Plaintiff
New Cingular Wireless PCS, LLC

23694200v1

| Stipulation of Dismissal 8:23-cv-01972-FWS-JDE | 4 | |