JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, CALIFORNIA,<br><br>Defendant. | Case No. 8:23-cv-01972-JWS-JDE<br><br>ORDER GRANTING **JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Fred W. Slaughter |

1

# ORDER

Based on the parties' Stipulation, the Clerk of the Court is directed to dismiss this entire matter with prejudice. All other dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: January 19, 2024

_____
FRED W. SLAUGHTER
United States District Judge